# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132573

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SANFORD CUMMINGS,
         Plaintiff-Appellee,

v

SC: 132573
COA: 272600
WCAC: 04-000467

SIEMENS DEMATIC ELECTRONICS
ASSEMBLY and TRAVELERS INDEMNITY
COMPANY OF CONNECTICUT,
         Defendants-Appellants.

_____/

      On order of the Court, the application for leave to appeal the October 20, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
Clerk

t0220